# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00307-CR

**Deante Vashon Hardister, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 73193, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Deante Vashon Hardister seeks to appeal from a judgment of conviction for aggravated robbery with a deadly weapon. *See* Tex. Penal Code § 29.03. The trial court has certified that this is a plea-bargain case and appellant has no right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d) ("The appeal must be dismissed" if trial court does not certify defendant's right of appeal.).

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed for Want of Jurisdiction

Filed:   May 26, 2016

Do Not Publish